IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACI DOUGLASS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MANOR OF LINCOLN, INC., MANOR OF LINCOLN, INC. d/b/a SOUTHLAKE VILLAGE REHABILITATION & CARE CENTER,<br><br>　　　　　　Defendants. | 4:13CV3039<br><br>**ORDER** |

　　　　IT IS ORDERED that the defendants' unopposed motion to amend the final progression schedule, (Filing No. 32), is granted as follows:

1)　　　The dispositive motion deadline is extended to January 14, 2014.

2)　　　The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on April 1, 2014 at 9:00 a.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 31, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)　　　The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **April 15, 2014**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

October 10, 2013.　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge