IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACI DOUGLASS,<br><br>            Plaintiff,<br><br>    vs.<br><br>MANOR OF LINCOLN, INC., MANOR OF LINCOLN, INC.,<br><br>            Defendants. | 4:13CV3039<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Kathleen M. Neary and the firm of Vincent M. Powers as attorneys of record for the plaintiff, Staci Douglass, (filing no. 36), is granted.

2) On or before November 14, 2013, Plaintiff Staci Douglass shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel.  The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) Kathleen M. Neary and the firm of Vincent M. Powers shall promptly mail a copy of this order to Plaintiff Staci Douglass, and file a certificate of service stating the date, manner, and address of service.

October 25, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge