IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACI DOUGLASS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MANOR OF LINCOLN, INC.,<br><br>　　　　　　Defendants. | 4:13CV3039<br><br>**ORDER** |

　　　　Consistent with the notice filed by the plaintiff's former counsel, (Filing No. 40), the clerk shall modify the docket to reflect plaintiff Staci Douglass' address as 1802 Harwood, Lincoln, Nebraska 68502.

　　　　October 26, 2013.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge