IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACI DOUGLASS,<br><br>               Plaintiff,<br><br>vs.<br><br>MANOR OF LINCOLN, INC.,<br><br>               Defendants. | 4:13CV3039<br><br>**ORDER** |

IT IS ORDERED:

1) On the court's own motion, the telephonic conference scheduled for November 5, 2013 is continued pending a ruling on plaintiff's representation.

2) The clerk shall mail a copy of this order on the pro se plaintiff.

November 4, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge