IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACI DOUGLASS,<br><br>                Plaintiff,<br><br>vs.<br><br>MANOR OF LINCOLN, INC., MANOR OF LINCOLN, INC.,<br><br>                Defendants. | 4:13CV3039<br><br>**MEMORANDUM AND ORDER** |

Plaintiff's counsel was granted leave to withdraw on October 25, 2013. Plaintiff was given until November 14, 2013 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel, and she was warned that the failure to do so may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 39).

Plaintiff failed to comply with the court's order.

Accordingly,

IT IS ORDERED:

1) Plaintiff Staci Douglass is given until December 9, 2013 to show cause why the court should not dismiss Plaintiff's claims for want of prosecution without further notice.

2) The clerk shall mail a copy of this order to Plaintiff Staci Douglass at 1802 Harwood, Lincoln, Nebraska 68502.

November 18, 2013.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge