IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACI DOUGLASS,<br><br>    Plaintiff,<br><br> vs.<br><br>MANOR OF LINCOLN, INC., MANOR OF LINCOLN, INC.,<br><br>    Defendants. | 4:13CV3039<br><br>**FINDINGS, RECOMMENDATION AND ORDER** |

  Plaintiff's counsel was granted leave to withdraw on October 25, 2013. Plaintiff was given until November 14, 2013 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel, and she was warned that the failure to do so may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 39). Plaintiff failed to comply with the court's order.

  On November 18, 2013 this court issued an order giving Plaintiff until December 9, 2013 to show cause why her claims should not be dismissed for want of prosecution. (Filing No. 44). The Plaintiff has failed to respond to that order.

  Accordingly,

  IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. 636(b), that Plaintiff's complaint be dismissed for want of prosecution.

  The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

2

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to the plaintiff at her address of record.

Dated this 10th day of December, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge